| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Rukhsana Hospitality L.L.C.** | | |
|---|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-2100516** | | |
| 4. | Debtor's address | **Principal place of business**  **11225 Lone Eagle Drive**  **Bridgeton, MO 63044**  Number, Street, City, State & ZIP Code  **Saint Louis**  County | | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Rukhsana Hospitality L.L.C.**                                   Case number (*if known*)
           Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor **Rukhsana Hospitality L.L.C.**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Rukhsana Hospitality L.L.C.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  8, 2019**
             MM / DD / YYYY

**X** **/s/ Aijazul Haque**                                   **Aijazul Haque**
Signature of authorized representative of debtor           Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ Spencer P. Desai**                                Date **May  8, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**Spencer P. Desai 39877**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone  **314-854-8600**        Email address  **spd@carmodymacdonald.com**

**39877 MO**
Bar number and State

---

Fill in this information to identify the case:

Debtor name: **Rukhsana Hospitality L.L.C.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Choice Hotels International, Inc.<br>1 Choice Hotels Circle<br>Suite 400<br>Rockville, MD 20850 | | Mainstay Suites Franchise Fees | | | | $35,000.00 |
| Choice Hotels International, Inc.<br>1 Choice Hotels Circle<br>Suite 400<br>Rockville, MD 20850 | | Sleep Inn Franchise Fees | | | | $35,000.00 |
| Garden Food Services<br>311 Mid Rivers Mall Drive<br>Saint Peters, MO 63376 | | Breakfast food/supplies | | | | $2,500.00 |
| HD Supply Facilities Maintenance, Ltd<br>P.O. Box 509058<br>San Diego, CA 92150 | | Housekeeping Supplies | | | | $6,000.00 |
| Live Oak Bank<br>1741 Tiburon Drive<br>Wilmington, NC 28403 | | .5 acres Parking Lot<br>11249 Lone Eagle Drive<br>Bridgeton, MO 63044 | | $1,118,600.00 | $0.00 | $1,118,600.00 |
| Live Oak Bank<br>1741 Tiburon Drive<br>Wilmington, NC 28403 | | Sleep Inn & Mainstay Hotel<br>11225 Lone Eagle Drive<br>Bridgeton, MO 63044 | | $5,234,235.75 | $4,500,000.00 | $734,235.75 |

| Debtor | **Rukhsana Hospitality L.L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Missouri Department of Revenue Collection Enforcement** c/o Michael S. Kisling, Esq. PO Box 854 Jefferson City, MO 65105 | | **Sales Tax - 3rd & 4th Quarter 2018, 1st Quarter 2019** | **Unliquidated** | | | $110,000.00 |
| **St. Louis County Collector of Revenue** 41 South Central Ave. Saint Louis, MO 63105 | | **2018 real estate property taxes - 11225 Lone Eagle** | | | | $233,006.87 |
| **St. Louis County Collector of Revenue** 41 South Central Ave. Saint Louis, MO 63105 | | **Sales Tax - 4th Quarter 2018; 1 quarter 2019** | **Unliquidated** | | | $46,000.00 |
| **St. Louis County Collector of Revenue** 41 South Central Ave. Saint Louis, MO 63105 | | **2018 real estate property taxes - 11249 Lone Eagle** | | | | $3,881.07 |
| **Sysco St. Louis, LLC** 4181 Shoreline Drive Earth City, MO 63045 | | | | | | $22,000.00 |

Aijazul Haque
16808 Kingstowne Estates
Ballwin, MO 63011

Choice Hotels International, Inc.
1 Choice Hotels Circle
Suite 400
Rockville, MD 20850

Garden Food Services
311 Mid Rivers Mall Drive
Saint Peters, MO 63376

HD Supply Facilities Maintenance, Ltd
P.O. Box 509058
San Diego, CA 92150

Live Oak Bank
1741 Tiburon Drive
Wilmington, NC 28403

Missouri Department of Revenue
Collection Enforcement
c/o Michael S. Kisling, Esq.
PO Box 854
Jefferson City, MO 65105

Nadim Junejo
81 Wonderland
Irvine, CA 92620

Noor Raiper
29 Sonia Court
Edison, NJ 08820

St. Louis County Collector of Revenue
41 South Central Ave.
Saint Louis, MO 63105

Sysco St. Louis, LLC
4181 Shoreline Drive
Earth City, MO 63045

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Rukhsana Hospitality L.L.C.**  Debtor(s)

Case No. 

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Rukhsana Hospitality L.L.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 8, 2019**
Date

**/s/ Spencer P. Desai**
**Spencer P. Desai 39877**
Signature of Attorney or Litigant
Counsel for  **Rukhsana Hospitality L.L.C.**
**Carmody MacDonald P.C.**
**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
**314-854-8600 Fax:314-854-8660**
**spd@carmodymacdonald.com**