IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 19-42907-399** |
| | ) | **Honorable Barry S. Schermer** |
| **RUKHSANA HOSPITALITY, L.L.C.** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## ORDER

At St. Louis, in this District, upon consideration of the Second Motion for Extension of Time to File Schedules and Statement of Financial Affairs (the "Motion") filed by Rukhsana Hospitality, L.L.C. ("Debtor") and for good cause shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** in that the Debtor is granted seven (7) additional days, up to and including **June 12, 2019**, upon which to file its Schedules and Statement of Financial Affairs.  **No further extensions shall be granted absent the most extenuating of circumstances.**

**IT IS FURTHER ORDERED** that no later than two business days after the entry of this Order, the Debtor shall serve a copy of this Order, and shall file a certificate of service pursuant to Local Rule 9004(D) within 24 hours of service.

DATED:  June 6, 2019
St. Louis, Missouri

*/s/ Barry S. Schermer*
Barry S. Schermer
United States Bankruptcy Judge

cke

Order Prepared By:
Spencer P. Desai
Carmody MacDonald P.C.
120 South Central Ave., Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 - FAX
Attorneys for Debtor