# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | **Case No.: 19-42907-399** |
| ) | **Honorable Barry S. Schermer** |
| **RUKHSANA HOSPITALITY, L.L.C.** ) | |
| ) | **Jointly Administered** |
| Debtors. ) | **Under Chapter 11** |
| ) | |
| ) | **Spencer P. Desai, Esq.** |
| ) | **Carmody MacDonald** |
| ) | **120 South Central Ave., Suite 1800** |
| ) | **St. Louis, Missouri 63105** |
| ) | **(314) 854-8600** |
| ) | |

## REPORT OF SALE

COME NOW Rukhsana Hospitality, L.L.C. ("Debtors"), by and through counsel, and files its Report of Sale, attached hereto, for the sale of hotel property pursuant to the Court's Orders dated July 17, 2019, August 2, 2019 and August 27, 2019

Respectfully submitted,

CARMODY MACDONALD PC

By: /s/ *Spencer P. Desai*
SPENCER P. DESAI (#39877MO)
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
spd@carmodymacdonald.com

ATTORNEYS FOR THE DEBTOR

{18455/00004/2641360.DOCX.}

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 29th day of August, 2019, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the following registered parties in interest:

Office of the U.S. Trustee, USTPRegion13.SL.ECF@USDOJ.gov

Paul Randolph on behalf of U.S. Trustee Office of US Trustee
paul.a.randolph@usdoj.gov

Sirena Wilson on behalf of U.S. Trustee Office of US Trustee
Sirena.wilson@usdoj.gov

Michael P. Gaughan on behalf of Live Oak Banking Company
michael.gaughan@southlaw.com


The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served via U.S. Mail, postage prepaid, this 29th day of August, 2019 to:

Richard Beheler, Esq.
South Law P.C.
13160 Foster, Suite 100
Overland Park, KS 66213

/s/ *Spencer P. Desai*