American Land Title Association

FINAL ALTA Settlement Statement - Seller
Adopted 05-01-2015

File No./Escrow No.: H48319
Officer/Escrow Officer: Regina Sumner

Hillsboro Title Co - Washington
910 W. 14th Street Suite 120
Washington, MO 63090
(636)239-2242



| Property Address: | 11225 LONE EAGLE DRIVE<br>BRIDGETON, MO  63044 (ST. LOUIS)<br>(12M530494, 12M530483)<br><br>11249 LONE EAGLE DRIVE<br>BRIDGETON, MO  63044 (ST. LOUIS) |
|---|---|
| Borrower: | AIRPORT HOSPITALITY, LLC<br>7927 Forsyth Blvd<br>Saint Louis, MO 63105 |
| Seller: | RUKHSANA HOSPITALITY, LLC<br>11225 Lone Eagle Drive<br>Bridgeton, MO 63044 |
| Lender: | First National Bank of Waterloo |
| Settlement Date: | 8/7/2019 |
| Disbursement Date: | 8/7/2019 |

| Description | P.O.C. | Seller Debit | Credit |
|---|---|---|---|
| **Deposits, Credits, Debits** | | | |
| Sale Price of Property | | | $4,000,000.00 |
| **Payoffs** | | | |
| Payoff of First Mortgage Loan | | $4,000,000.00 | |
| | P.O.C. | Debit | Credit |
| **Subtotals** | $0.00 | $4,000,000.00 | $4,000,000.00 |
| Due To Seller | | $0.00 | |
| **Totals** | $0.00 | $4,000,000.00 | $4,000,000.00 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Hillsboro Title Co - Washington to cause the funds to be disbursed in accordance with this statement.

SELLER(S)

_____
Nadim Junejo, Member

SETTLEMENT COORDINATOR

_____
Regina Sumner

# GENERAL WARRANTY DEED
## (LLC)

**THIS DEED,** made and entered into as of _____ day of August, 2019, by and between **GRANTOR(S):**

    Rukhsana Hospitality, LLC

of the County of St. Louis, State of Missouri, and **GRANTEE(S):**

    Airport Hospitality, LLC

of the County of St. Louis, State of Missouri,

**Grantee's** mailing address: 7927 Forsyth Blvd, Saint Louis, MO 63105

**WITNESSETH,** that the Grantor(s), for and in consideration of the sum of One Dollar and other valuable considerations paid by the Grantee(s), the receipt of which is hereby acknowledged, does or do by these presents **GRANT, BARGAIN and SELL, CONVEY and CONFIRM** unto the Grantees(s), the following described Real Estate situated in the County of St. Louis and State of MO, to-wit:

Parcel 1:
Lot 1F of Re-Subdivision of Lot 1 of EAGLE POINTE, recorded in Plat Book 289, Page 51 of the St. Louis County, Missouri records.

Parcel 2:
Lot 1D of Re-Subdivision of Lot 1 of EAGLE POINTE, recorded in Plat Book 289, Page 51 of the St. Louis County, Missouri records.

**This deed is free and clear of liens under Bankruptcy Code Section 363(f) pursuant to Petition No.19-42907 under Chapter 11 of the U.S. Bankruptcy Court of Eastern District of Missouri.**

Subject to restrictions, easements, conditions and zoning regulations of record, if any.

**HAVE AND TO HOLD** the same, together with all rights and appurtenances to the same belonging, unto the Grantee(s), and to the heirs and assigns of such party or parties forever.

    The Grantor(s) hereby covenanting that said party or parties and the heirs, administrators, executors, and assigns of such party or parties, shall and will **WARRANT and DEFEND** the title to the premises unto the Grantee(s), and to the heirs and assigns of such party or parties forever, against the lawful claims of all persons whomsoever, excepting, however, the general taxes for the calendar year 2019 and thereafter, and special taxes becoming a lien after the date of this deed.

    **IN WITNESS WHEREOF,** the Grantor(s) has or have executed these presents the day and year first above written.

Rukhsana Hospitality, LLC

_____
Nadim Junejo, Member

STATE OF _____ )
COUNTY OF _____ ) ss.

On this _____ day of August, 2019, before me personally appeared

    Nadim Junejo, Member

of Rukhsana Hospitality, LLC known to me to be the person who executed the within Deed in behalf of said limited liability company and acknowledged to me that he or she executed the same for the purposes therein stated and acknowledged that he or she executed the same as his or her free act and deed.

    **IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed my official seal in the COUNTY and STATE aforesaid, the day and year first above written.

_____
, Notary Public

My term expires: